COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of D.L.W., J.A.W., and A.M.M., Children

Appellate case number:      01-20-00507-CV

Trial court case number:    2018-03930J

Trial court:                313th District Court of Harris County

Appellant, mother, has filed a notice of appeal of the trial court's June 24, 2020 Decree in Suit Affecting the Parent-Child Relationship. Appellant's brief initially was due on August 19, 2020. *See* TEX. R. APP. P. 38.6(a). On motion of mother, the deadline to file her appellant's brief was extended to September 8, 2020. Mother has filed a second unopposed motion to extend the deadline to file her appellant's brief, requesting the deadline be extended to September 14, 2020.

Appellant's motion is **granted**. Appellant's brief is due no later than September 14, 2020, with **no further extensions**.

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of July 8, 2020, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.

It is so ORDERED.


Judge's signature: ___/s/ Evelyn V. Keyes_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___September 10, 2020___